

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-456-CV

TONYA LACY AND ALL                                                    APPELLANTS
OCCUPANTS

V.

MAC HARGROVE                                                            APPELLEE

----------

### FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On December 28, 2009, and January 15, 2010, we notified the appellants, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless the $175 filing fee was paid. *See* Tex. R. App. P. 42.3(c). The appellants have not paid the $175 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

---

[1] ⏏ *See* Tex. R. App. P. 47.4.

Because the appellants have failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2007,[2] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

The appellants shall pay all costs of this appeal, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  MCCOY, LIVINGSTON, and MEIER, JJ.

DELIVERED:  March 4, 2010

---

[2] *See* Supreme Court of Tex., *Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation*, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).